UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN D. GREENE, | No. 2-12-cv-01757-CKD P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. All defendants and claims other than plaintiff's denial of equal protection claim against defendant Salinas were dismissed on October 3, 2012. On May 29, 2013, plaintiff filed a motion for entry of default.

      Court records indicate that the U.S. Marshal mailed defendant Salinas a waiver of service of process form on March 6, 2013. Rule 4(d)(3) of the Federal Rules of Civil Procedure provides that defendant shall file his response to a complaint within sixty days from the date the waiver is mailed. Under Rule 6(a)(1)(c) of the Federal Rules of Civil Procedure, if the last day of the period of time during which a response may be filed falls on a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday. The last day of defendant's sixty day period for filing a timely response was Sunday, May 5, 2013. Therefore, pursuant to Rule 6(a)(1)(c), the sixty day period for filing a timely

1

response was extended to the end of the day on Monday, May 6, 2013.

Defendant Salinas filed a motion to dismiss on May 6, 2013; therefore, defendant's motion was filed within the allotted time period for filing a response to plaintiff's complaint. Accordingly, plaintiff's request for entry of default will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 29, 2013 request for entry of default (ECF No. 27) is denied.

Dated: June 20, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
gree1757.77w